# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MATTHEW CUNNINGHAM**                                                                 **PLAINTIFF**
**ADC #164672**

**v.**                  **Case No. 4:17-cv-00411-KGB/JTK**

**TIM RYALS,** *et al.*                                                           **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, this case is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this the 31st day of August, 2017.

                                                        _____
                                                        Kristine G. Baker
                                                      United States District Court Judge